1C

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

MAR 26 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff )

v. EvA Dunlap )
)
)
)
Defendant )

**United States District Court**

**Northern District of Illinois**

1:26-cv-03330
Judge Mary M. Rowland
Magistrate Judge Albert Berry, III
RANDOM / Cat. 2

**COMPLAINT** I was wronfally Terminated

First Service Residental, INC 303 East Wacker Drive Chic IL 60601 Suite 1900

Ms. Kim Yon, Director

Ms. Jennifer Armistead Property Manager 3180 N. Lake Shore Drive Chicago IL 60657

Human Resources = Ms. Christina MANAger

CEO: David Diestel

Ms. LaTangeLA Jones Now employed 3150 N Lake Shore Drive Chicago IL 60657

Mr. Donovan Daily

I was suspended pending a investigation up on firing on May 21 2024 by Kim Yon Director

I am seeking Justice, Punitive damages and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PAIN and Suffering

Page 2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

)
)
**United States District Court**
**Northern District of Illinois**

Plaintiff )
)
v. EUA Dunlap )
)
)
)
Defendant )

**COMMUNITY Specialists**
At 3150 N. Lake Shore Drive Chicago IL 60657

Ms. LAtAngeLA Jones Nowemployed

**COMPLAINT**

I was falsely Accused by Ms. Jones, who had placedAN Emergency orden of Protection on me. Also, defamation of my Character "Stating that I had tried to enter into the Ladies restroom to cut her with A Knife.

Also, Ms. Jones had fowarded to Ms. April Daly Community Specialists 3150N. Lake Shon Dr Property MAnAger Document stating that I had harmed her. Ms. Jones Also fowarded to Ms. Jennifen Armistead Property mAnAger of 3180 First Service Residental And HumAn Resources

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Cause me to be fired by Both JObs of 6 yeas.



③

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
| | ) | **United States District Court** |
| | ) | **Northern District of Illinois** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**COMPLAINT**

Ms.
Eva Dunlap

*Eva Dunlap*

3/26/2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS**

IN THE MATTER OF:                      )
                                       )
EVA DUNLAP,                            )
                                       )
                 Complainant,          )     Charge No.:     2023CA3063
                                       )
and                                    )
                                       )
FIRST SERVICE RESIDENTIAL, INC.,       )
                                       )
                 Respondent.           )

S U P P L E M E N T A L   A P P E A R A N C E

  Stephen A. Berrios and Briyana S. Hood of O'Hagan Meyer LLC  , hereby enters the appearance of
(Name of law firm/attorney/non-attorney representative)

  FIRST SRVICE RESIDENTIAL, INC.                                  and our Appearance as their
       (Name of Complainant or Respondent )

attorney (or non-attorney representative), and request that copies of all Pleadings, Orders and other

documents be served upon the undersigned for said Party in lieu of service upon the Party.

| | |
|---|---|
| Stephen A. Berrios/Briyana S. Hood | |
| PRINT name of attorney/non-attorney representative | |
| O'Hagan Meyer LLC | |
| Firm Name | |
| One E. Wacker Drive, Suite 3400 | |
| Address | |
| Chicago            IL            60601 | |
| City            State            Zip code | |
| 312-422-6100 | |
| Telephone Number | |
| sberrios@ohaganmeyer.com/ bhood@ohaganmeyer.com | |
| E-mail Address | |
| 312-422-6110 | |
| Fax Number | |

Dated:   March 3, 2026        By: _____
                                            Signature

☒  By checking this box, I consent to service of all pleadings, orders, and other documents by the Department via
electronic mail and understand that electronic service to this Email Address is deemed complete upon
transmission.

Rev. 2/2021

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| EVA DUNLAP, | ) | |
| | ) | |
| Complainant, | ) | Charge No.: 2023CA3063 |
| | ) | |
| and | ) | |
| | ) | |
| FIRST SERVICE RESIDENTIAL, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## PROOF OF SERVICE BY CERTIFICATION

The undersigned certifies that the foregoing described document was filed with the Department of Human Rights via e-mail on March 3, 2026, and served as stated below prior to the hour of 5:00 p.m.:

DESCRIPTION OF DOCUMENTS: **RESPONDENTS' SUPPLEMENTAL APPEARANCE; and this**

**PROOF OF SERVICE BY CERTIFICATION**

ADDRESSED AS FOLLOWS: Intake Department
Illinois Department of Human Rights
555 W. Monroe Street, 7th Floor
Chicago, IL 60661
IDHR.Intake@illinois.gov

AND

Eva Dunlap
7050 S. Prairie Ave, Apt. 1
Chicago, IL 60637

The undersigned, Melissa Martinez, further certifies that under penalties as provided by law, pursuant to Section 56 Ill. Admin. Code §5300.725, the statements set forth herein are true and correct.

/s/Melissa Martinez

Stephen A. Berrios
Briyana S. Hood
O'Hagan Meyer LLC
One East Wacker Dr., Ste. 3400
Chicago, Illinois 60601
PH: 312.422.6100 / FX: 312.422.6110
sberrios@ohaganmeyer.com
bhood@ohaganmeyer.com

CO   FILE   DEPT   CLOCK   VCHR NO   GRO
QQZ   000064   005611              00000110002   1

# Earnings Statement

**ADP**

SEQ 000406
*601 CONDOMINIUM ASSOCIATION*
*601 E 32ND ST,*
*CHICAGO, IL 60616*

Period Beginning:     02/23/2026
Period Ending:        03/08/2026
Pay Date:             03/13/2026

EVA  DUNLAP
7050  SOUTH  PRAIRIE  AVENUE
UNIT  1
CHICAGO  IL  60637

Filing Status: Single/Married filing separately
Exemptions/Allowances:
      Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.3500 | 64.00 | 1,430.40 | 8,582.40 |
| Overtime | | | | 536.40 |
| Holiday Pay | | | | 357.60 |
| Gross Pay | | | $1,430.40 | 9,476.40 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -87.81 | 634.15 |
| | Social Security Tax | | -88.69 | 587.54 |
| | Medicare Tax | | -20.74 | 137.41 |
| | IL State Income Tax | | -65.24 | 435.97 |
| | **Other** | | | |
| | H&W Door | | | 40.00 |
| | **Net Pay** | | $1,167.92 | |
| | Checking 1 | | -1,071.17 | |
| | Union Dues 1 | | -96.75 | 290.25 |
| | **Net Check** | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 64.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
IL:           1

Your federal taxable wages this period are
$1,430.40

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID  VOID  VOID  VOID  VOID
THIS IS NOT A CHECK

601 CONDOMINIUM ASSOCIATION
601 E 32ND ST,
CHICAGO, IL 60616

Advice number:     00000110002
Pay date:          03/13/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| EVA DUNLAP | xxxxxx3891 | xxxx xxxx | $1,071.17 |
| | xxxxx3206 | xxxx xxxx | $96.75 |

## NON-NEGOTIABLE